Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Sonia Singh (SBN 311080)
  ssingh@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>LUXAGE GROUP, INC., a Pennsylvania corporation, dba LUXURY BAZAAR,<br><br>Defendant. | Case No.  2:21-cv-00676-SVW-KES<br><br>**STIPULATION TO APPROVE SETTLEMENT AGREEMENT**<br><br>[No Hearing Required] |

    Jeffrey E. Brandlin, Permanent Receiver ("Receiver") for NTV Financial Group, Inc. ("NTV") and its subsidiaries and affiliates, and Luxage Group, Inc., dba Luxury Bazaar ("Luxury Bazaar") stipulate as follows:

    WHEREAS the Receiver filed his Complaint to Avoid and Recover Fraudulent Transfers and related initiating case documents against Luxury Bazaar on January 22, 2021, thereby initiating Case No. 2:21-cv-00676-SVW-KES (the "Luxury Bazaar Action");

    WHEREAS the Receiver, on the one hand, and Luxury Bazaar, on the other hand, have entered into a settlement agreement to resolve their disputes in the

1  Luxury Bazaar Action (the "Settlement Agreement");

2      WHEREAS pursuant to the terms of the Settlement Agreement, Luxury
3  Bazaar shall pay the Receiver a settlement sum, with an initial payment due August
4  30, 2021 and three monthly periodic payments due thereafter;

5      WHEREAS after the Receiver's receipt of the settlement sum in full, the
6  Receiver has agreed to dismiss the Luxury Bazaar Action with prejudice;

7      WHEREAS the Receiver and Luxury Bazaar agree that the Court should
8  approve the Settlement Agreement.

9      THEREFORE, the Receiver and Luxury Bazaar stipulate as follows:

10      1.    The Settlement Agreement is approved in its entirety.

11      2.    This Court will retain jurisdiction to enforce the terms of the Settlement
12  Agreement.

DATED: August 25, 2021    ERVIN COHEN & JESSUP LLP

By: _____
Byron Z. Moldo
Attorneys for Jeffrey E. Brandlin, Receiver

DATED: August 25, 2021    McCARTER & ENGLISH, LLP

By: _____
Inez M. Markovich
Attorneys for Luxage Group, Inc. dba
Luxury Bazaar

ERVIN COHEN & JESSUP LLP

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, CA 90212-2974.

On August 25, 2021, I served true copies of the following document(s) described as:

**1. STIPULATION TO APPROVE SETTLEMENT AGREEMENT; and**

**2. ORDER GRANTING STIPULATION TO APPROVE SETTLEMENT AGREEMENT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address amatsuoka@ecjlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 25, 2021, at Beverly Hills, California.

_____
Angela Matsuoka

17118.1:10319988.1

STIPULATION TO APPROVE SETTLEMENT AGREEMENT

**Mailing Information for Case 2:21-cv-00676-SVW-KES**
**Jeffrey E. Brandlin v. M. Burr Keim Company**

**Electronic Mail Notice List**

**The following are those who are currently on the list to receive e-mail notices for this case.**

Jeffrey E Brandlin
bmoldo@ecjlaw.com

Byron Z. Moldo
bmoldo@ecjlaw.com,amatsuoka@ecjlaw.com,sgaeta@ecjlaw.com

Sonia Singh
ssingh@ecjlaw.com,dloranger@ecjlaw.com,amatsuoka@ecjlaw.com,dtarlow@ecjlaw.com

Sarah Christine Smith
sasmith@mccarter.com

**EMAIL SERVICE LIST**

**Attorneys for Luxage Group, Inc. dba Luxury Bazaar**
Inez M. Markovich, Esq.
McCARTER & ENGLISH, LLP
1600 Market St., Suite 3900
Philadelphia, PA  19103
T: 215.979.3854
Email: imarkovich@mccarter.com

17118.1:10319988.1

STIPULATION TO APPROVE SETTLEMENT AGREEMENT